COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Pride Justin Doran
Doran & Cawthorne P.L.L.C.
521 East Landry Street
Opelousas LA 70570

Quincy L. Cawthorne
Doran & Cawthorne, P.L.L.C.
521 E. Landry Street
Opelousas LA 70570

**REHEARING ACTION: September 5, 2018**

**Docket Number: 17   00953-KW**

**STATE OF LOUISIANA
VERSUS
STEVE BROCKINGTON**

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on **September 5, 2018**. |

**Writ Application from Evangeline Parish Case No. 28,268-FB**

**BEFORE JUDGES:**

**Hon. John E. Conery
Hon. D. Kent Savoie
Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Steve Brockington** is:

**REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent
    Christopher Ludeau, Counsel for  the Respondent